964 F.2d 1147
 Brooks
v.
South Carolina Insurance
 NO. 91-8557
 United States Court of Appeals,
Eleventh Circuit.
 May 22, 1992
 
 1
 Appeal From: S.D.Ga.
 
 
 2
 REVERSED IN PART, VACATED IN PART.
 
 
 3
 Federal Reporter. The Eleventh Circuit provides by rule that
 
 
 4
 unpublished opinions are not considered binding precedent.
 
 
 5
 They may be cited as persuasive authority, provided that a
 
 
 6
 copy of the unpublished opinion is attached to or
 
 
 7
 incorporated within the brief, petition or motion. Eleventh
 
 Circuit Rules, Rule 36-2, 28 U.S.C.A.)